UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/20

---

JOSEPH MARZACCO,

        Plaintiff,

        vs.

SEMGROUP CORPORATION, CARLIN G.
CONNER, THOMAS R. MCDANIEL, KARL F.
KURZ, RONALD A. BALLSCHMIEDE,
JAMES H. LYTAL, SARAH M. BARPOULIS,
and WILLIAM J. MCADAM,

        Defendants.

Case No.: 19-cv-10610

**NOTICE OF VOLUNTARY
DISMISSAL**

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff Joseph Marzacco ("Plaintiff") voluntarily dismisses the claims in the captioned action

(the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before

service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal

of the Action is effective upon the filing of this notice.

Dated: January 7, 2020

**WEISSLAW LLP**

By

Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*

**APPLICATION GRANTED**
**SO ORDERED**

RONNIE ABRAMS  U.S.D.J.
1-8-20